■ PATRICIA FORBES, Respondent, v NEW YORK CITY TRANSIT AUTHORITY et al., Appellants. [931 NYS2d 220]—

Denial of the motion was proper inasmuch as defendants' proffered excuse of "law office failure" was not credible (*see*

*Gonzalez v Praise the Lord Dental*, 79 AD3d 550 [2010]). Defendants' pattern of noncompliance with court-ordered disclosure over a period of several years gives rise to an inference of willful and contumacious conduct that warranted the striking of the answer (*see Gibbs v St. Barnabas Hosp.*, 16 NY3d 74, 81 [2010]; *Bryant v New York City Hous. Auth.*, 69 AD3d 488 [2010]). Furthermore, the discovery responses that defense counsel claims would have demonstrated compliance with the discovery orders postdated the return date of the motion (*see Gonzalez* at 550).

Defendants also failed to demonstrate a meritorious defense to the action. The evidence offered solely on reply is entitled to no consideration by a court (*see Guzman v Mike's Pipe Yard*, 35 AD3d 266 [2006]; *Lumbermens Mut. Cas. Co. v Morse Shoe Co.*, 218 AD2d 624, 626 [1995]). Concur—Saxe, J.P., Friedman, Moskowitz and Freedman, Richter JJ.